Attorney or Party Name, Address, Telephone and FAX Nos., State Bar No. & Email Address

**Vahe Khojayan SBN261996**
**1010 N. Central Ave, Ste 450**
**Glendale, CA 91202**
**818-245-1340 Fax: 818-245-1341**
**SBN261996 CA**
**vahe@kglawapc.com**

FOR COURT USE ONLY

FILED & ENTERED

JUL 29 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Bever     DEPUTY CLERK

CHANGES MADE BY COURT

☐ Individual appearing without attorney
☐ Attorney for:

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – *SAN FERNANDO VALLEY DIVISION***

In re:

**Tikran Eritsyan**

Debtor(s).

CASE NO.: **1:20-bk-10924-VK**

CHAPTER: **11**

**ORDER RE NOTICE OF MOTION AND MOTION IN INDIVIDUAL CHAPTER 11 CASE FOR ORDER APPROVING A BUDGET FOR THE USE OF THE DEBTOR'S CASH AND POSTPETITION INCOME**

DATE:
TIME:
COURTROOM:
PLACE:

☒ Non-hearing

**Movant:**
Tikran Eritsyan

The court has considered **NOTICE OF MOTION AND MOTION IN INDIVIDUAL CHAPTER 11 CASE FOR ORDER APPROVING A BUDGET FOR THE USE OF THE DEBTOR'S CASH AND POSTPETITION INCOME** (*docket number* __22__ ).

1.  The Motion was: ☐ Opposed     ☒ Unopposed     ☐ Settled by stipulation

2.  ~~Appearances are stated in the court record~~.

3.  ~~Based upon the findings and conclusions made at the hearing~~, **IT IS ORDERED THAT:**

    ☒ The Motion is granted.

    ☐ The Motion is denied.

    ///

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2015*                          Page 1                          **F 2081-2.2.ORDER.BUDGET**

4.    **IT IS FURTHER ORDERED THAT** the Debtor may use cash on hand and the Debtor's postpetition income and/or earnings to pay the expenses and/or make the deductions and/or withholdings described in the budget or in Schedules I and J attached to the declaration filed in support of the Motion.

5.    ☐ **IT IS FURTHER ORDERED THAT:**

    a.

    b.

    c.

☐ Other: _____

###

Date: July 29, 2020

Victoria S. Kaufman
United States Bankruptcy Judge

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2015*                                      Page 2                                      **F 2081-2.2.ORDER.BUDGET**